1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| ADOBE SYSTEMS INCORPORATED, | ) | CASE NO. C08-05513 MEJ |
| | ) | **[TRANSFERRED TO OAKLAND** |
| | ) | **[CLAUDIA WILKINS, DISTRICT** |
| Plaintiff, | ) | **COURT JUDGE, C08-05513 CW]** |
| | ) | |
| vs. | ) | [PROPOSED] ORDER |
| | ) | |
| TONY KORNRUMPF and Does 1-10, | ) | |
| Inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

17

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

18      The Court having read and considered Defendant, Tony Kornrumpf's Request to Appear

19 Telephonically at the Early Neutral Evaluation, set for June 22, 2009, with Mark Schreiber, in the

20 above referenced matter, there being no objection from Plaintiff, Adobe Systems, Incorporated,

21 and good cause appearing therefor,

22      IT IS ORDERED that Defendant, Tony Kornrumpf, may appear telephonically at the

23 Early Neutral Evaluation set in this matter.

24

25 DATED: 5/28/09

_____
Magistrate Judge Wayne D. Brazil

26
27
28