1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff
   Adobe Systems Incorporated
7

8                         UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

10 Adobe Systems Incorporated,            ) Case No. C08-5513 CW
                                          )
11                    Plaintiff,          ) [PROPOSED] ORDER GRANTING
                  v.                      ) TELEPHONIC APPEARANCE AT
12                                        ) EARLY NEUTRAL EVALUATION
   Tony Kornrumpf and Does 1 – 10, inclusive, )
13                                        )
                      Defendants.         )
14

15 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

   The Court, having read and considered Plaintiff Adobe Systems Incorporated's ("Plaintiff")
16
   Request For Its Settlement Representative to Appear Telephonically at the Early Neutral
17
   Evaluation on June 22, 2009, in the above referenced matter, there being no objection from
18
   Defendant Tony Kornrumpf, who has already been granted leave to appear telephonically at the
19
   Early Neutral Evaluation, and good cause appearing therefor:
20
   IT IS HEREBY ORDERED that Plaintiff's settlement representative may also appear
21
   telephonically at the Early Neutral Evaluation set in this matter.
22

23 Dated: June  1 , 2009                             /s/ Wayne D. Brazil
                                                     Hon. Wayne D. Brazil
24                                                   United States Magistrate Judge

25 PRESENTED BY:
   J. Andrew Coombs, A Professional Corporation
26
   By:   /s/ Annie S. Wang
27         J. Andrew Coombs
           Annie S. Wang
28 Attorneys for Plaintiff Adobe Systems Incorporated

Adobe v. Kornrumpf, et al.: [Proposed] Order to Appear          - 1 -
Telephonically